**No. 67051.**—The J. P. Fleisig Co. et al. *v.* United States, protests 295074–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon thread waste of the same material as the threads in the knit cloth the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727) and following the principles set forth therein, the claim of the plaintiffs was sustained.